ACCEPTED
05-14-01068-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/30/2015 11:14:57 AM
LISA MATZ
CLERK

### No. 05-14-01068-CR
### 05-14-01069-CR

| | | |
|---|---|---|
| MICHAEL PRENTISS PRECHTL | § | IN THE COURT OF APPEALS |
| vs. | § | FOR THE FIFTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT DALLAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/30/2015 11:14:57 AM
LISA MATZ
Clerk

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests that the time for filing the State's brief be extended to the date this motion and the accompanying brief are received. In support of this motion, the State would show the following:

Appellant pled guilty in these two cases to possession of methamphetamine with intent to deliver in cause F11-35251-X and to possession of oxycodone in cause F11-35252-X. Adjudication was deferred in each case. He was placed on community supervision for seven years and community supervision for five years, respectively. Upon the State's filing motions to revoke, court found appellant violated community supervision. The court adjudicated guilt and set punishment a confinement in prison for twenty-five years and confinement in a state jail for six months, respectively. Appellant's briefs were filed on January 26, 2015.

Although I, the undersigned attorney, was assigned a separate brief for

appellant's jury trial conviction in cause F14-10028-X/05-14-01070-CR on January 26, 2015, I was not assigned the instant two cases. The appellate section was not aware of the filing of the brief in these two cases until after I filed our brief in F14-10028-X/05-14-01070-CR on March 23, 2015.

On March 24, 2015, appellant's defense counsel made me aware that these other two cases existed. The appellant's briefs in these two cases were downloaded from this Court's website, and they were assigned to me.

In the meantime, after being assigned the brief in F14-10028-X/05-14-01070-CR, I was assigned two capital murder cases, *Marble v. State,* 05-14-00777-CR and *Newson v. State,* 05-14-01455-CR.

I filed a first extension in appellant's two revocation cases on March 24, 2015. On March 25, 2015, this Court issued an order extending the State's time to file its brief in these two cases until March 27, 2015. I was not at work on March 27, 28, or 29, however. On Monday, March 30, 2015, I am filing the State's brief along with this motion for extension, and respectfully request that the brief be filed as of the date it is received.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the time for filing its brief in these two cases be extended to the date this motion and accompanying brief are received.

Respectfully submitted,

ANNE B. WETHERHOLT
ASSISTANT DISTRICT ATTORNEY
STATE BAR NO. 21235300
FRANK CROWLEY COURTS BLDG,
133 N. RIVERFRONT BLVD., LB 19
DALLAS, TEXAS 75207-4399
anne.wetherholt@dallascounty.org
(214) 653-3639

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing motion has been served on Brett Ordiway, Attorney for Appellant, Sorrells, Udashen & Anton, Suite 250, Dallas, TX 75201 by sending an electronic communication through eFileTexas.gov to bordiway@sualaw.com on March 30, 2015.

ANNE B. WETHERHOLT